IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| J.R. JONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-15-605-R ) |
| CLEVELAND COUNTY DISTRICT COURT JUDGES, | ) ) ) |
| Respondent. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 5, 2015 [Doc. No. 5] wherein it is recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that Petitioner be ordered to pay the $5.00 filing fee. Petitioner paid the $5.00 filing fee on June 23, 2015. Therefore, the undersigned adopts the Report and Recommendation regarding payment of the filing fee, denies Petitioner's motion for leave to proceed *in forma pauperis* as moot and re-refers this matter to Judge Erwin for further proceedings in accordance with the original referral dated June 2, 2015.

It is so ordered this 25th day of June, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE